KARIN G. PAGNANELLI (SBN 174763)
  kgp@msk.com
ALEXA L. LEWIS (SBN 235867)
  all@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff
High Quality Printing Inventions, LLC

IT IS SO ORDERED
Judge Edward J. Davila
DATED: 2/2/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| HIGH QUALITY PRINTING INVENTIONS, LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>PSPRINT,<br><br>            Defendant. | CASE NO. 5:15-cv-05443-EJD<br><br>Honorable Edward J. Davila<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Mitchell Silberberg & Knupp LLP

7387297.1

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

1  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses the Complaint in this Civil Action and all claims asserted therein without prejudice. Each party will bear its own attorneys' fees and expenses.

The Clerk shall close this file.

DATED: January 29, 2016                MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Alexa L. Lewis
Karin G. Pagnanelli
Alexa L. Lewis
Attorneys for Plaintiff
High Quality Printing Inventions, LLC

Mitchell Silberberg & Knupp LLP

7387297.1

2
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and am not a party to this action; my business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, CA 90064-1683, and my business email address is kls@msk.com.

On January 29, 2016, I served a copy of the foregoing document(s) described as **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** on the interested parties in this action at their last known address as set forth below by taking the action described below:

| | |
|---|---|
| Benjamin C. Linden<br>ROBINS KAPLAN LLP<br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, MN 55402<br>Telephone: (612) 349-8229<br>Facsimile: (612) 339-4181<br>Email: BLinden@RobinsKaplan.com | Attorneys for Defendant,<br>PsPrint |

☑ **BY MAIL**: I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

☐ **BY OVERNIGHT DELIVERY**: I placed the above-mentioned document(s) in sealed envelope(s) designated by the carrier, with delivery fees provided for, and addressed as set forth above, and deposited the above-described document(s) with **FED EX** in the ordinary course of business, by depositing the document(s) in a facility regularly maintained by the carrier or delivering the document(s) to an authorized driver for the carrier.

☐ **BY ELECTRONIC MAIL**: I served the above-mentioned document electronically on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on January 29, 2016, at Los Angeles, California.

Kimberly Stewart